UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DEMETRIUS WILLIAM VINEY, JR.,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

(Felon in Possession of a Firearm)

On or about September 12, 2016, in Ottawa County, in the Southern Division of the Western District of Michigan,

**DEMETRIUS WILLIAM VINEY, JR.,**

being a person who had been convicted of one or more offenses punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearm in and affecting commerce: a SCCY, model CPX-2, 9mm semiautomatic pistol.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 921(a)
18 U.S.C. § 924(a)(2)

**FORFEITURE ALLEGATION**

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in this Indictment, the defendant,

**DEMETRIUS WILLIAM VINEY, JR.,**

shall forfeit to the United States any firearms and ammunition involved in or used in the offense, including but not limited to the following: a SCCY, model CPX-2, 9mm semiautomatic pistol.

18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
Acting United States Attorney

_____
DAVIN M. REUST
Assistant United States Attorney